# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DEANDRE CRITTENDEN,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV427 |
| | ) | |
| V. | ) | |
| | ) | |
| **CITY OF OMAHA, a political** | ) | ORDER |
| **subdivision of the State of Nebraska,** | ) | |
| **and PAUL HASIAK, both** | ) | |
| **individually and officially as an officer** | ) | |
| **of the Omaha Police Department,** | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff submitted an application to proceed in this Court without prepayment of fees. (Filing 6.) However, the application was not completed in its entirety.

Accordingly,

**IT IS ORDERED** that Plaintiff's application to proceed in forma pauperis (filing 6) is denied without prejudice to reassertion.

**DATED December 17, 2015.**

            **BY THE COURT:**

            S/ F.A. Gossett
            **United States Magistrate Judge**