# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEANDRE CRITTENDEN, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )     8:15CV427 |
| CITY OF OMAHA, a political subdivision, and PAUL HASIAK, both individually and officially as an officer of the Omaha Police Department, | )<br>)     ORDER<br>)<br>)<br>)<br>) |
| Defendants. | ) |

This matter is before the Court on the parties' Joint Motion for an Extension of the Progression Order ([Filing No. 41](#)). The parties request substantial extensions of all the deadlines set forth in the Final Progression Order ([Filing No. 37](#)) dated October 11, 2016. Although trial is currently set to commence in less than two months, the parties state they have only completed written discovery at this time. Accordingly,

**IT IS ORDERED:**

1. The Joint Motion for an Extension of the Progression Order ([Filing No. 41](#)) is granted, in part.

2. In lieu of the Final Pretrial Conference currently scheduled for July 17, 2017, at 10:00 a.m., a planning conference will be held with the assigned magistrate judge by telephone to discuss further progression of this case. Plaintiff's counsel shall initiate the call with opposing counsel and the Court at (402)661-7410, at the time previously set aside for the Final Pretrial Conference.

3. The Trial currently set to commence August 15, 2017, is canceled, and will be re-set by further order of the Court.

**DATED: June 26, 2017.**

                                      **BY THE COURT:**

                                      **s/ F.A. Gossett, III**
                                      **United States Magistrate Judge**