IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEANDRE CRITTENDEN | ) | Case No. 8:15CV427 |
| | ) | |
| Plaintiff, | ) | |
| | ) | PLAINTIFF'S  LIST OF EXHIBITS |
| | ) | |
| v. | ) | |
| | ) | Courtroom Deputy: |
| PAUL HASIAK | ) | Court Reporter: |
| Defendant. | ) | |

Trial Date(s):

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| 109 | | | Prior Complaint Filed Against Defendant | | | | | |
| 110 | | | Prior Judgment Against Defendant | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**OBJECTIONS**
    **R: Relevancy**
    **H: Hearsay**
    **A: Authenticity**
    **O: Other (specify)**

DEANDRE CRITTENDEN, Plaintiff

BY: /s/ William R. Harris
    WILLIAM HARRIS, #22996
    9205 Meadow Ave.
    Omaha, NE 68114
    (402)208-4336


          And

    JUDITH WELLS, #23090
    1603 Farnam Street
    Omaha, NE  68102
    (402)884-2777
    Attorneys for Plaintiff


## CERTIFICATE OF SERVICE

**I hereby certify that on 13th day of November, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Michelle Peters, Attorney for Defendant.**


**/s/ William R. Harris, #22996**