## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEANDRE CRITTENDEN, | ) | **CASE NO. 8:15CV427** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANT'S MOTION** |
| | ) | **IN LIMINE** |
| PAUL HASIAK., | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT, by and through his attorney, hereby move this Court for an Order in accordance with FRE 401, 402, and 403 absolutely precluding the Plaintiff, their counsel, and any witnesses from making any direct or indirect reference or mention whatsoever, through questions, testimony, argument, or objection, to Plaintiff's proposed exhibits in this action, specifically, any reference to any complaints filed or made against Defendant not arising out of the current lawsuit or any outcome of any complaint made against Defendant, to wit, complaint and judgment in Case No. 8:11cv128.

WHEREFORE, Defendant prays for an Order in Limine in accordance with the above.

PAUL HASIAK, Defendant,

By:  s/Michelle Peters
MICHELLE PETERS, No. 20021
Deputy City Attorney
1819 Farnam Street, Suite 804
Omaha, NE 68183
Telephone:  (402) 444-5115
Michelle.Peters@cityofomaha.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of November, 2017, I filed the foregoing **DEFENDANT'S MOTION IN LIMINE** with the Clerk of the Court using the CM/ECF system, which is to send notification of such filing to all attorneys of record registered with the CM/ECF system.

s/ Michelle Peters