# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEANDRE CRITTENDEN, | |
| Plaintiff, | 8:15CV427 |
| vs. | ORDER OF DISMISSAL |
| PAUL HASIAK, | |
| Defendant. | |

The Plaintiff's Motion to Dismiss, see ECF No. 71, is granted and the Complaint is dismissed with prejudice.

Dated this 28th day of December, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge